Utica Drop Forge and Tool Company, Appellant.— Judgment affirmed, with costs. All concurred.

Marine Ziems, Appellant, v. United Vaudeville Company, Respondent.— Interlocutory judgment reversed, with costs, and demurrer overruled, with costs, with leave to the defendant to plead over within twenty days upon payment of the costs of the demurrer and of this appeal. Held, that the complaint alleges facts constituting negligence on the part of the defendant. All concurred, except McLennan, P. J., and Robson, J., who dissented.

Jay D. Page & Company, Respondent, v. Frederick W. Stock, Sr., and Others, Appellants.— Judgment and order affirmed, with costs. All concurred.

George H. Marvin, Appellant, v. James Fenton, Respondent.— Judgment affirmed, with costs. All concurred.

Benjamin C. Mathes and Others, Respondents, v. Ella C. McCarthy, Appellant.—Judgment and order affirmed, with costs. All concurred, except Williams and Robson, JJ., who dissented.

Jessie I. Knickerbocker, Respondent, v. Willis N. Britton and Lottie Britton, Appellants.— Judgment affirmed, with costs. All concurred.

Jennie D. Richburg, Respondent, v. Frederick Richburg, Appellant.— Judgment affirmed, with costs. Held, that a judgment of divorce was properly awarded, and while the amount of alimony fixed by the decree seems large in view of the property of the defendant and his ability to earn money, still he has his remedy, under the provisions of the Code of Civil Procedure, to annul, modify or vary the decree in that respect by motion at Special Term, where the Special Term may, if he shows a disposition to pay what he fairly can, afford him such relief as may seem proper. All concurred.

Georgia B. Dickinson, as Administratrix, etc., of Frank L. Dickinson, Deceased, Respondent; v. Thomas C. Platt, as President of the United States Express Company, an Association Consisting of Seven or More Members, Appellant.— Judgment and order affirmed, with costs. All concurred, except McLennan, P. J., who dissented on the ground that the plaintiff's intestate was not shown to have been free from contributory negligence, for the reasons stated in the opinion of Mr. Justice Nash upon the former appeal in this case, reported at 116 Appellate Division, 651.

Hiram R. Watson (Substituted for the Masonic Life Association of Western New York), Respondent, v. Margaret L. Hoover, Individually and as Administratrix, etc., of Charles E. Hoover, Deceased, and as General Guardian of Clifford M. Hoover, and Clifford M. Hoover and Others, Respondents, Impleaded with Frances M. Leman, Appellant.— Judgment affirmed, with costs. All concurred, except Williams and Kruse, JJ., who dissented upon the ground that there was an equitable assignment by the deceased to the appellant creditor of $500 of the insurance moneys held by the plaintiff as trustee and to which he makes no claim.

Anna Whitney, Respondent, v. Moses Garson, Appellant.—Judgment affirmed, with costs. All concurred.

M. E. Blasier Manufacturing Company, Respondent, v. The Delaware, Lackawanna and Western Railroad Company, Appellant.— Judgment affirmed, with costs. All concurred.